ROBERT EMMET BRENNAN v. BUREAU OF SECURITIES.

May 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES P. MORRISON.

May 2, 1973. Petition for certification denied.

DAVID T. CRAWLEY v.
NEW JERSEY STATE PAROLE BOARD.

May 2, 1973. Petition for certification denied.